DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871

Re:  JACK HEINZ SANDAU
     633 STATE ROUTE 94 SOUTH
     FREDON,  NJ  07860

Atty:  DEAN G. SUTTON, ESQ.
     18 GREEN RD
     PO BOX 187
     SPARTA, NJ  07871

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-12500

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00**

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/22/2022 | $300.00 | 8419667000 | 05/02/2022 | $300.00 | 8441794000 |
| 05/27/2022 | $300.00 | 8489521000 | 06/28/2022 | $300.00 | 8553088000 |
| 08/02/2022 | $300.00 | 8624263000 | 08/30/2022 | $300.00 | 8675600000 |
| 09/30/2022 | $300.00 | 8733582000 | 10/31/2022 | $300.00 | 8794288000 |
| 11/29/2022 | $300.00 | 8849874000 | 12/29/2022 | $300.00 | 8906301000 |

**Total Receipts: $3,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 123.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,468.22 | 100.00% | 2,593.50 | 3,874.72 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | NEWREZ LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | |
| 0004 | HARMONY RIDGE CAMPGROUND | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $2,716.50**
See Summary

**Chapter 13 Case # 22-12500**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $3,000.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $2,716.50     =     Funds on Hand: $283.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.